No. 87–559. RAMSUNDAR v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 87–565. HASTON v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–577. ANDERSON ET AL. v. STATE OIL AND GAS BOARD OF ALABAMA ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 87–581. PAPPANIKOLAOU v. ADMINISTRATOR OF VETERANS ADMINISTRATION. C. A. 2d Cir. Certiorari denied.

No. 87–582. ADMAN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–596. CHEEK v. DOE ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–611. FEDERATION OF LORTON COMMUNITIES v. BARRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–612. DEKLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–627. TOMASELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–5054. COOK v. FORD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 87–5102. LAGERQUIST v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–5143. COX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5149. VLASAK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5160. HINCAPIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5163. WELCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.